**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ENRIQUE RUBIO ROJAS, OSCAR SARAVIA,
DAVID ANTONIO HERNANDEZ UMANO,
JOSE ROLANDO OSORIO, JUAN ARMANDO
HERNANDEZ and BARTOLO ADELIO CORTEZ
HERNANDEZ, on behalf of themselves and others
similarly situated,

                Plaintiffs,

  - against -                              **JUDGMENT**
                                        CV 15-5809 (LDW)(AKT)

SPLENDOR LANDSCAPE DESIGNS LTD.,
and ROBERT HIRSCH, INDIVIDUALLY,

                Defendants.
------------------------------------------------------------X

       A Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 having been filed on January 8, 2018 (Docket Entry 49), and a Notice of Acceptance of Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 having also been filed on January 8, 2018 (Docket Entry 50); and Orders of Honorable Leonard D. Wexler, United States District Judge, having been filed on January 16, 2018, directing the Clerk of the Court to enter judgment accordingly and to close this case, it is

       **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff Enrique Rubio Rojas and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $26,686.26, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Oscar Saravia and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $20,511.79, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Bartolo Adelio Cortez Hernandez and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $15,488.60, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Jose Rolando Osorio and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $14,755.93, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby

entered in favor of plaintiff Juan Armando Hernandez and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $13,500.11, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Amilcar Cortez Santamaria and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $13,709.41, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of Law Office of Peter Romero PLLC and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $50,00.00, such sum being inclusive of all costs, fees and interest to the date of entry; and that this case is hereby closed.

Dated: Central Islip, New York
January 17, 2018

> DOUGLAS C. PALMER
> CLERK OF THE COURT
>
> By: /s/ James J. Toritto
> Deputy Clerk