**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ENRIQUE RUBIO ROJAS, OSCAR SARAVIA,
DAVID ANTONIO HERNANDEZ UMANA,
JOSE ROLANDO OSORIO, JUAN ARMANDO
HERNANDEZ and BARTOLO ADELIO CORTEZ
HERNANDEZ, on behalf of themselves and others
similarly situated,

                Plaintiffs,

- against -                                    **AMENDED JUDGMENT**
                                                   CV 15-5809 (LDW)(AKT)

SPLENDOR LANDSCAPE DESIGNS LTD.,
and ROBERT HIRSCH, INDIVIDUALLY,

                Defendants.
------------------------------------------------------------X

      A Notice of Acceptance of an Amended Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 having been filed on May 15, 2018, it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff Enrique Rubio Rojas and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $26,686.26, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Oscar Saravia and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $20,511.79, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Bartolo Adelio Cortez Hernandez and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $15,488.60, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff David Antonio Hernandez Umana and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $14,755.93, such sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Juan Armando Hernandez and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $13,500.11, such

sum being inclusive of all costs, fees and interest to the date of entry; that judgment is hereby entered in favor of plaintiff Amilcar Cortez Santamaria and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $13,709.41, such sum being inclusive of all costs, fees and interest to the date of entry; and that judgment is hereby entered in favor of Law Office of Peter Romero PLLC and against defendants Splendor Landscape Designs, Ltd., and Robert Hirsch in the singular sum of $50,00.00, such sum being inclusive of all costs, fees and interest to the date of entry.

Dated: Central Islip, New York
       May 17, 2018

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT

                       By:   /s/ James J. Toritto
                              Deputy Clerk